**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**GWENDOLYN JOINER**,

      Plaintiff,

      v.                           Civil Action No. 7:11-CV-151 (HL)

**COASTAL PLAIN AREA ECONOMIC**
**OPPORTUNITY AUTHORITY, INC.,**

      Defendant.

**ORDER**

Before the Court is third party Cook County Department of Family and Children's Services ("Cook County DFCS") Motion to Quash (Doc. 16). In its Motion, Cook County DFCS asks this Court to quash a subpoena served on it by Defendant Coastal Plain Area Economic Opportunity Authority. Cook County DFCS objects to the subpoena, stating that it is overbroad, unreasonable, and releases confidential information, among other reasons.

The Court finds it unnecessary to engage in any analysis of the objections of Cook County DFCS because the subpoena has already been withdrawn by the Defendant. Defense counsel wrote a letter to the Court on October 4, 2012, informing the Court that the subpoena had been withdrawn based on verbal objections expressed Cook County DFCS.

The withdrawal of the subpoena preceded the filing of the Motion to Quash, meaning that the Motion was meaningless when it was filed. Thus, the

Court will not address any of the arguments brought up by Cook County DFCS.

The Motion to Quash (Doc. 16) is moot.

      **SO ORDERED,** this 29th day of October, 2012.


                       ***s/ Hugh Lawson***
                       HUGH LAWSON, SENIOR JUDGE

ebr