# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**GWENDOLYN JOINER,**

    Plaintiff,

    v.

**COASTAL PLAIN AREA ECONOMIC OPPORTUNITY AUTHORITY, INC.,**

    Defendant.

Civil Action 7:11-cv-151 (HL)

## ORDER

The stipulation of dismissal set forth in the Parties' Stipulation of Voluntary Dismissal is approved. Count V, a claim for age discrimination, is dismissed with prejudice and each side shall bear their own attorney's fees and costs in connection with this claim.

**SO ORDERED**, this 16th day of November, 2012.

                                            *s/ Hugh Lawson*
                                            HUGH LAWSON, SENIOR JUDGE

ebr