# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **GWENDOLYN JOINER,** | |
| Plaintiff, | |
| v. | Civil Action 7:11-cv-151 (HL) |
| **COASTAL PLAIN AREA ECONOMIC OPPORTUNITY AUTHORITY, INC.,** | |
| Defendant. | |

## ORDER

The stipulation of dismissal set forth in the Parties' Stipulation of Voluntary Dismissal is approved. Count V, a claim for age discrimination, is dismissed with prejudice and each side shall bear their own attorney's fees and costs in connection with this claim.

**SO ORDERED**, this 16th day of November, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr